No. 00–9661.  RUIZ v. MILES, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 00–9662.  KIRCHNER v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 00–9664.  NEWMAN v. VILLA.  C. A. 9th Cir.  Certiorari denied.

No. 00–9673.  RANDLE v. NEWLAND, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 00–9675.  MOODY v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 00–9677.  LANE v. DEES, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 00–9678.  SHAFFER v. BOONE, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 00–9680.  DIAZ v. WILTGEN ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 00–9681.  CATCHINGS v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 00–9691.  WOGOMAN v. ABRAMAJTYS, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 00–9697.  SHAFFER v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 00–9698.  REYES v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 00–9707.  GULLICK v. BISSONNETTE, SUPERINTENDENT, NORTH CENTRAL CORRECTIONAL INSTITUTION.  C. A. 1st Cir.  Certiorari denied.

No. 00–9710.  FILIPOS v. FILIPOS.  Super. Ct. Pa.  Certiorari denied.

No. 00–9711.  IRVIN v. WITHROW, WARDEN.  C. A. 6th Cir.  Certiorari denied.